PETER DANNA, an Infant, by SALVATORE DANNA, His Guardian ad Litem, et al., Respondents, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.

Argued March 11, 1938; decided April 12, 1938.

*Harold R. Oakes* and *Robert Schwebel* for appellant.

*Seymour Kempner, Arthur L. Fishbein* and *Elias Bernstein* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.